UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAJIMAN HAFIZ,<br>          Plaintiff,<br><br>     v.<br><br>JP MORGAN CHASE, et al.,<br>          Defendants. | Case No. 13-cv-05963-JSC<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff filed this civil action on December 26, 2013 alleging various claims relating to a trustees sale of certain real property. (Dkt. No. 1.) Plaintiff was granted leave to proceed in forma pauperis; however, Plaintiff failed to provide the Court with the information necessary to effectuate service of the summons and complaint on Defendants within the 120 days provided for by Federal Rule of Civil Procedure 4(m). (Dkt. Nos. 5, 6.) On April 4, 2013, the Court granted Plaintiff's request for an extension of time to do so. (Dkt. No. 14.) On May 19, 2014, the summons was served on all Defendants at same address: PO Box 24696 Columbus, Ohio 43224-0696. (Dkt. Nos. 18-20.) To date, none of the Defendants has appeared. Further, Plaintiff failed to appear for the Case Management Conference on July 31, 2014 and has not communicated with the Court since May 19, 2014.

Plaintiff is ordered to show cause as to why this action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41 based on her failure to appear for the Case Management Conference. Plaintiff shall appear and show cause on August 14, 2014 at 1:30 p.m., in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Failure to comply with this order may result in the dismissal of this action. *See* Fed. R. Civ. P. 41(b).

1     **IT IS SO ORDERED.**

2   Dated: August 1, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge