UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAJIMAN HAFIZ,<br><br>        Plaintiff,<br><br>   v.<br><br>JP MORGAN CHASE, et al.,<br><br>        Defendants. | Case No. 13-cv-05963-JSC<br><br>**DISMISSAL ORDER** |

Plaintiff filed this civil action on December 26, 2013 alleging various claims relating to a trustees' sale of certain real property. (Dkt. No. 1.) Plaintiff was granted leave to proceed in forma pauperis; however, Plaintiff failed to provide the Court with the information necessary to effectuate service of the summons and complaint on Defendants within the 120 days provided for by Federal Rule of Civil Procedure 4(m). (Dkt. Nos. 5, 6.) On April 4, 2014, the Court granted Plaintiff's request for an extension of time to do so. (Dkt. No. 14.) On May 19, 2014, the summons was served on all Defendants at same address: PO Box 24696 Columbus, Ohio 43224-0696. (Dkt. Nos. 18-20.) To date, none of the Defendants has appeared. Further, Plaintiff failed to appear for the Case Management Conference on July 31, 2014.

On August 1, 2014, the Court issued an Order to Show Cause as to why this action should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). (Dkt. No. 23.) The Order to Show Cause required Plaintiff to appear and show cause on August 14, 2014. Plaintiff was warned that failure to comply with the Court's order might result in dismissal. Plaintiff failed to appear on August 14, 2014 as ordered and has not otherwise communicated with the Court.

Accordingly, this action is dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: August 14, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge